# Case # 15-cv-04895-JG-LB

**I, Sage-El** is my Title Of Nobility Not Sage-El Privat, Im requesting that correction.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 22 2015 ★

BROOKLYN OFFICE

*[signature]*

Sage-El ucc 1-207, ucc 3-603,
all right reserved
Sep 18, 2015

c/o 388 E 49 st
Brooklyn N.Y. near [11203]
718-607-7280