

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
## CIVIL DOCKET FOR CASE #'s:
## 15-CV-04895 (ENV), CV-15-5806 (ENV) & CV-15-7417 (ENV)

**ORIGINAL**

| | |
|---|---|
| <u>Sage – El</u><br>non corporate entity<br>(real party in interest, *tertius interveniens*)<br>an Indigenous Washitaw Amuuru National<br>_____<u>Victim/Plaintiff</u> | NOTICE AND DEMAND<br>FOR MANDATORY JUDICIAL NOTICE:<br>Rule 201(d), Federal Rules of Evidence |
| v. | ADMINISTRATIVE NOTICE AND DEMAND AND JUDICIAL NOTICE FOR: REBUTTAL TO CIVIL MINUTES ENTRY BY MAGISTRATE JUDGE STEVEN L. TISCIONE BY AFFIDAVIT |
| Fino d/b/a FINO NYPD et al<br>_____<u>Defendants</u> | |



The undersigned, In <u>Propria Persona</u> [non–attorney],
The Victim/Plaintiff Indigenous American National of the Washitaw Nation of Amuuru.

Divine Peace and Love;
Honoring The Great, The Universal, The Absolute, God (Elohim).

## ADMINISTRATIVE NOTICE AND DEMAND AND JUDICIAL NOTICE FOR: REBUTTAL TO CIVIL MINUTES ENTRY BY MAGISTRATE JUDGE STEVEN L. TISCIONE BY AFFIDAVIT

COMES NOW the Victim/Plaintiff, Sage - El, an Indigenous Empire Washitaw Amuuru/Moor National, *sui juris*, Propria Persona [non–attorney], a non-corporate, natural born, living breathing being, a flesh and blood man, born alive, on the soil, of The Sovereign Nation "and a Sovereign National of the New York Republic. A man created by the Great Universal Absolute God (Elohim), Comes with clean hands, *rectus in curia,* appearing restricted Specially

and not Generally or Voluntary, at Common Law; reserving, Enforcing and invoking all State and Federal constitutionally protected rights, safeguards, privileges and immunities and enforcing all constitutional limitations on all government agencies and agents when dealing with them; not acquiescing to any quasi or colorable jurisdictions, consenting and conferring only to the judicial power of the united States of America and the New York Republic state.

## WITH REFERENCE TO

| | | |
|---|---|---|
| Line 1: | Case 1:15-cv-07417-ENV-ST Document 13 Filed 08/19/16 | Stay. |
| Line 2: | CIVIL MINUTE ENTRY | Stay. |
| Line 3: | Magistrate Judge Steven L. Tiscione | Recuse. |
| Line 4: | August 19 2016 | Stay. |
| Line 5: | 10:00 A.M. | Stay. |
| Line 6: | CV-15-4895 (ENV)<br>CV-15-5806 (ENV)<br>CV-15-7417 (ENV) | Stay. |
| Line 7: | Sage-El -v- P.O. Fino, et al.<br>Sage-El -v- Tully, et al.<br>Sage-El -v- Power, et al. | Stay. |
| Line 8: | Sage-El, *pro se* | In Propria Persona. |
| Line 9: | Ashanti, Ferrari | I Deny. |
| Line 10: | **NOVEMBER 16, 2016 AT 10:00 A.M., IN-PERSON** | I Deny. |
| Line 11: | (10:41-11:09; 11:18-11:37) | Stay. |
| Line 12: | **RULINGS FROM STATUS CONFERENCE:** | I Deny. |
| Line 13: | Plaintiff's Motion to Compel the production of individual defendants' representation agreements with | I Deny. |
| Line 14: | the Office of Corporation Counsel [docket 29] in case number **15-CV-5606** is DENIED. Plaintiff | I Deny. |
| Line 15: | failed to set forth any relevant legal basis for disclosure of these agreements and the Court finds that | I Deny. |
| Line 16: | they are irrelevant to the matters at issue. Plaintiff's motion to recuse the Court is also denied. U.S. | I Deny. |
| Line 17: | Magistrate Judges have authority to preside over the management of discovery and non-dispositive | I Deny. |
| Line 18: | pretrial maters in civil cases pursuant to 28 U.S.C. Section 636. | I Deny. |
| Line 19: | Defendants produced records from underling criminal cases related to civil cases **15-CV-5606** and **15-** | I Deny. |

| | | |
|---|---|---|
| **Line 20:** | **CV-4895** to plaintiff at the conference. Plaintiff has failed to make the required Rule 26(a) disclosures | **I Deny.** |
| **Line 21:** | as Ordered at the last conference. Plaintiff is directed to produce the required Rule 26(a) disclosures | **I Deny.** |
| **Line 22:** | by August 31, 2016. Plaintiff is warned that continued failure to participate in discovery may result in | **I Deny.** |
| **Line 23:** | sanctions up to and including dismissal for failure to prosecute. | **I Deny.** |
| **Line 24:** | With respect to case number **15-CV-7417**, Corporation Counsel is directed to provide current | **Stay.** |
| **Line 25:** | information that will enable the Marshals to serve Officer Power and sergeant Ospina by September | **Stay.** |
| **Line 26:** | 19, 2016. | **Stay.** |
| **Line 27:** | An in-person status conference will be held in cases **15-CV-5606, 15-CV-495 and 15-CV-7417** on | **I Deny.** |
| **Line 28:** | November 16, 2016 at 10:00 a.m. | **I Deny.** |

This is a contract, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

- **"TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT"**
  Lev. 5:4-5; Lev 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5:12.

- **"AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE"** 12 Pet. 1:25; Heb. 6:13-15. Claims made in the affidavit, if not rebutted, emerge as the truth of the matter. Legal Maxim: "He who does not deny, admits."

- **"AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE"** Heb. 6:16-17. There is nothing left to resolve.
  YOUR silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.

"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." United States vs. Tweel, 550 F.2d 297 (5th cir. 04/08/1977)

May the WILL of The Almighty Creator, our Heavenly Father, The Great Divine, The Universal, The Absolute, (Elohim) God be done on Earth as it is in Heaven.
Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,

I declare under penalty of perjury under the laws of the united States of America and the Republic New York state, without the United States that the foregoing is true and correct pursuant to YOUR (90 STAT. 2534 & 28 USC §1746.)

In Honor

*Sage - El*
Sage – El, all rights reserved

Attachment: Copy of Civil Minutes Entry

Sworn to before me this 29th day of August, 2016

*Marie Ramsay*, Notary Public

MARIE RAMSAY
Notary Public, State of New York
No. 01RA5023291
Qualified in New York County
Commission Expires January 31, 2018

## CIVIL MINUTE ENTRY

| BEFORE: | Magistrate Judge Steven L. Tiscione |
|---|---|
| DATE: | August 19, 2016 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-15-4895 (ENV)<br>CV-15-5606 (ENV)<br>CV-15-7417 (ENV) |
| NAME OF CASE(S): | Sage-El -v- P.O. Fino, et al.<br>Sage-El -v- Tully, et al.<br>Sage-El -v- Power, et al. |
| FOR PLAINTIFF(S): | Sage-El, *pro se* |
| FOR DEFENDANT(S): | Ashanti, Ferrari |
| NEXT CONFERENCE(S): | **NOVEMBER 16, 2016 AT 10:00 A.M., IN-PERSON** |
| FTR/COURT REPORTER: | (10:41-11:09; 11:18-11:37) |

**RULINGS FROM STATUS CONFERENCE:**

Plaintiff's Motion to Compel the production of individual defendants' representation agreements with the Office of Corporation Counsel [docket 29] in case number **15-CV-5606** is DENIED. Plaintiff failed to set forth any relevant legal basis for disclosure of these agreements and the Court finds that they are irrelevant to the matters at issue. Plaintiff's motion to recuse the Court is also denied. U.S. Magistrate Judges have authority to preside over the management of discovery and non-dispositive pretrial matters in civil cases pursuant to 28 U.S.C. Section 636.

Defendants produced records from underlying criminal cases related to civil cases **15-CV-5606** and **15-CV-4895** to plaintiff at the conference. Plaintiff has failed to make the required Rule 26(a) disclosures as Ordered at the last conference. Plaintiff is directed to produce the required Rule 26(a) disclosures by August 31, 2016. Plaintiff is warned that continued failure to participate in discovery may result in sanctions up to and including dismissal for failure to prosecute.

With respect to case number **15-CV-7417**, Corporation Counsel is directed to provide current information that will enable the Marshals to serve Officer Power and Sergeant Ospina by September 19, 2016.

An in-person status conference will be held in cases **15-CV-5606, 15-CV-4895 and 15-CV-7417** on November 16, 2016 at 10:00 a.m.