

# MOORS NATIONAL REPUBLIC FEDERAL GOVERNMENT MOORS DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Northwest Amexem/Northwest Africa/North America*
"The North Gate"
Societas Republicae Ea Al Maurikanos
Original and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans/Americans**



U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CIVIL DOCKET FOR CASE #'s:
15-CV-04895 (ENV), CV-15-5806 (ENV) & CV-15-7417 (ENV)

---

Sage – El
non corporate entity
(real party in interest, *tertius interveniens*)
an Indigenous Washitaw Amuuru/Maroon
National
                    Creditor/Plaintiff

v.

Fino d/b/a FINO NYPD et al
                    Defendants

**NOTICE AND DEMAND
FOR MANDATORY JUDICIAL NOTICE:**
Rule 201(d), Federal Rules of Evidence

**ADMINISTRATIVE NOTICE, DEMAND AND JUDICIAL NOTICE FOR: SERVICE OF DEFAULT UPON RESPONDENTS (THROUGH THIRD PARTY) BY USPS REGISTERED MAIL NO: RE 215922899 US; AND HAND DELIVERY OF "FEDERAL QUESTION/DIVERSITY OF CITIZENSHIP AND DEMAND FOR COMMON LAW VENUE" AFFIDAVIT**

---

The undersigned, In <u>Propria Persona</u> [non–attorney],
The Victim/Plaintiff Indigenous American National of the Washitaw Nation of Amuuru.

Divine Peace and Love;
Honoring The Great, The Universal, The Absolute, God (Elohim).

1 | P a g e



## ADMINISTRATIVE NOTICE, DEMAND AND JUDICIAL NOTICE FOR: SERVICE OF DEFAULT UPON RESPONDENTS (THROUGH THIRD PARTY) BY REGISTERED MAIL NO: RE 215 922 899 US; AND HAND DELIVERY OF "FEDERAL QUESTION/DIVERSITY OF CITIZENSHIP AND DEMAND FOR COMMON LAW VENUE" AFFIDAVIT

COMES NOW the Creditor/Plaintiff, Sage - El, an Indigenous Empire Washitaw Amuuru/Maroon National, *sui juris,* Propria Persona [non–attorney], a non-corporate, natural born, living breathing being, a flesh and blood man, born alive, on the soil, of The Sovereign Nation "and a Sovereign National of the New York Republic. A man created by the Great Universal Absolute God (Elohim), Comes with clean hands, *rectus in curia,* appearing restricted Specially and not Generally or Voluntary, at Common Law; reserving, Enforcing and invoking all State and Federal constitutionally protected rights, safeguards, privileges and immunities and enforcing all constitutional limitations on all government agencies and agents when dealing with them; not acquiescing to any quasi or colorable jurisdictions, consenting and conferring only to the judicial power of the united States of America and the New York Republic state.

### REASON FOR DEFAULT

- Respondents are being placed in Default because Respondents were served Notice (by third party U.S.P.S.) on Friday, July 29, 2016 at 11:11 a.m. and Respondents did not respond to the Notice; and Respondents, on August 19, 2016 at Conference Hearing did not respond to my Averment of Jurisdiction – Quo Warranto within 72 hours which is the time stipulated by law.

- Respondents are also being placed in Default because I, Sage – El delivered to the Clerk of Court at the Eastern District Court of New York an "Administrative Notice and Demand and Judicial Notice For: Federal Question Diversity of Citizenship and Demand Common Law Venue by Affidavit" on July 26, 2016 and Respondents did not respond within 72 hours which is the time stipulated by law.

### JUDICIAL DEMAND FOR SUMMARY JUDGMENT

I am demanding a Summary Judgment based upon Respondents' Default and failure to interpose any rebuttal of the proof of claims presented in my Title 42 1983 Deprivation on Human Rights Lawsuit in Cases 15-CV-04895 (ENV), CV-15-5806 (ENV) & CV-15-7417 (ENV)
The claims are as follows:

1. <u>Judgment:</u> A Stay for my immunity and indigenous liberty as an Empire Washitaw Amuuru/Maroon National so that in the interest of Justice my Grievances may be brought before the court;

2. <u>Judgment:</u> Request for name of the Public Hazard and Malpractice bonding company, the policy number of the bond, and Agency policy for all Defendants and Corporate Agencies pertaining to this matter describing the bonding coverage of the specific job performance; and

3. <u>Judgment:</u> Monetary Relief Compensation in the amount of One Hundred and Eighty Six Million Dollars ($186,000,000) based on defaulted "Motion to Intervene with an Estoppel and Stipulation of Constitutional Challenge to all New York State Statutes and Injunction for the Name Hall, Winston Gregory d/b/a Winston Gregory Hall" which was served on Eric T. Schneiderman d/b/a New York State Attorney General, Andrew M. Cuomo d/b/a New York State Governor and Joseph Fucito d/b/a New York County Sheriff on May 4, 2015.

- **"TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT"**
  Lev. 5:4-5; Lev 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5:12.

- **"AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE"** 12 Pet. 1:25; Heb. 6:13-15. Claims made in the affidavit, if not rebutted, emerge as the truth of the matter. Legal Maxim: "He who does not deny, admits."

- **"AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE"** Heb. 6:16-17. There is nothing left to resolve.
  YOUR silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.

"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." United States vs. Tweel, 550 F.2d 297 (5th cir. 04/08/1977).

May the WILL of The Almighty Creator, our Heavenly Father, The Great Divine, The Universal, The Absolute, (Elohim) God be done on Earth as it is in Heaven.
Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

This is a contract, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

I declare under penalty of perjury under the laws of the united States of America and the Republic New York state, without the United States that the foregoing is true and correct pursuant to YOUR (90 STAT. 2534 & 28 USC §1746.)

In Honor

*Sage-El*

Sage – El, all rights reserved

Attachment:   Proof of service by USPS Tracking
              Proof of Hand Delivery

Sworn to before me
this _____ day of _____, 2016

*Marie Ramsay*
Marie Ramsay, Notary Public

MARIE RAMSAY
Notary Public, State of New York
No. 01RA5023291
Qualified in New York County
Commission Expires January 31, 2018

MARIE RAMSAY
Notary Public, State of New York
No. 01RA5023291
Qualified in New York County
Commission Expires January 31, 2018

# Product Tracking & Reporting

 UNITED STATES POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts |

August 29, 2016

## USPS Tracking Intranet Tracking Number Result

⚠ **Container ID Searches**
Do not use the container ID search. Do not share the search results externally. The container ID search may return events that are repeated or belong to another container. To view container events, use the tracking number search results. Please do not log a Help Desk ticket. A fix is in progress.

### Result for Domestic Tracking Number RE21 5922 899U S

**Destination and Origin**

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 11201 | BROOKLYN | NY |

**Origin**

| City | State |
|---|---|

**Tracking Number Classification**

**Class/Service**
Class/Service: Registered
Class of Mail Code/Description: -1 / Unknown

**Service Delivery Information**
Delivery Date from AAU (Notification Delivery Date): Saturday, 07/30/2016
Other Information: Service Calculation Information

**Payment**
Weight: 0 lb(s) 0 oz(s)

Agent Information



**Extra Services**

**Extra Services Details**

| Description | Amount |
|---|---|
| Registered Mail | |

**Events**

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 07/29/2016 | 11:11 | BROOKLYN, NY 11201 | Scanned | MDD 15178D50CB (interface type - wireless) | Scanned by route 1201C013 | 07/29/2016 10:14:39 | View Delivery Signature and Address / Facility Finance Number: 350878 / Request Delivery Record / GEO Location Data Available |
| ARRIVAL AT UNIT | 07 | 07/29/2016 | 09:46 | BROOKLYN, NY 11201 | Scanned | DSS-001-00 | | 07/29/2016 09:00:40 | |
| DEPART USPS FACILITY | EF | 07/29/2016 | 06:03 | BROOKLYN, NY 11256 | System Generated | | | 07/29/2016 05:37:32 | Dispatch Label ID: DS14 4102 9333 1607 2905 1409 |
| ENROUTE/PROCESSED | 10 | 07/29/2016 | 00:25 | BROOKLYN, NY 11256 | Scanned | DBCS-043- | Destined to route 11201183299 | 07/28/2016 23:28:38 | |
| ENROUTE/PROCESSED | 10 | 07/28/2016 | 21:36 | BROOKLYN, NY 11256 | Scanned | DIOSS-038- | Destined to route 11201183299 | 07/28/2016 20:38:58 | |



| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ENROUTE/PROCESSED | 10 | 07/28/2016 | 16:25 | NEW YORK, NY 10199 | Scanned | AFCS200-009- | | 07/28/2016 15:27:44 | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 9.1.0.0.14

USPS Tracking Intranet                                                                 Page 1 of 1

# Product Tracking & Reporting

**USPS**
**UNITED STATES**
**POSTAL SERVICE.**

Help

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | August 29, 2016

## USPS Tracking Intranet
### Delivery Signature and Address

 **Container ID Searches**
Do not use the container ID search. Do not share the search results externally. The container ID search may return events that are repeated or belong to another container. To view container events, use the tracking number search results. Please do not log a Help Desk ticket. A fix is in progress.

**Tracking Number:** RE21 5922 899U S

This item was delivered on 07/29/2016 at 11:11:00

≤ Return to Tracking Number View



| Signature | |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾  Submit

Product Tracking & Reporting, All Rights Reserved
Version: 9.1.0.0.14

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAd... 8/29/2016

   

## MOORS NATIONAL REPUBLIC FEDERAL GOVERNMENT
## MOORS DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### CIVIL DOCKET FOR CASE # :1:15-CV-04895-ENV-ST, 1: 16-cv-00584-ENV-ST

| | |
|---|---|
| Sage – El<br>non corporate entity<br>(real party in interest, *tertius interveniens*)<br>an Indigenous Washitaw Amuuru National<br>Victim/Plaintiff | NOTICE AND DEMAND<br>FOR MANDATORY JUDICIAL NOTICE:<br>Rule 201(d), Federal Rules of Evidence |
| v. | ADMINISTRATIVE NOTICE AND DEMAND AND JUDICIAL NOTICE FOR: FEDERAL QUESTION DIVERSITY OF CITIZENSHIP AND DEMAND COMMON LAW VENUE BY AFFIDAVIT |
| Fino d/b/a FINO NYPD et al<br><br>Defendants |  |

The undersigned, In *Propria Persona* [non–attorney],
The Victim/Plaintiff Indigenous American National of the Washitaw Nation of Amuuru.

Divine Peace and Love;
Honoring The Great, The Universal, The Absolute, God (Elohim).
Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent

## ADMINISTRATIVE NOTICE AND DEMAND AND JUDICIAL NOTICE FOR: FEDERAL QUESTION DIVERSITYOF CITIZENSHIP AND DEMAND COMMON LAW VENUE BY AFFIDAVIT

1 | Page

COMES NOW the Victim/Plaintiff, Sage - El, an Indigenous Empire Washitaw Amuuru/Moor National, *sui juris,* Propria Persona [non–attorney], a non-corporate, natural born, living breathing being, a flesh and blood man, born alive, on the soil. A man created by the Great Universal Absolute God (Elohim), Comes with clean hands, *rectus in curia,* appearing restricted Specially and not Generally or Voluntary, at Common Law; reserving, Enforcing and invoking all State and Federal constitutionally protected rights, safeguards, privileges and immunities and enforcing all constitutional limitations on all government agencies and agents when dealing with them; not acquiescing to any quasi or colorable jurisdictions, consenting and conferring only to the judicial power of the United States of America and the New York Republic.

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

- **The Treaty of Peace and Friendship:** established between us and the United States of America, which is confirmed, and which we have ordered to be written in this Book and sealed with our Royal Seal at our Court of Morocco on the twenty fifth day of the blessed Month of Shaban, in the Year One thousand two hundred, trusting in God it will remain permanent.

- **Camp Holmes Treaty of 1835:** with the Comanche and Washitaw Muur (Indians) and their associated Bands. There shall be perpetual peace and friendship between all the citizens of the United States of America, and all the individuals composing the Comanche and Washitaw nations and their associated bands or tribes of Indians, and between these nations or tribes and the Cherokee, Muscogee, Choctaw, Osage, Seneca and Quapaw nations or tribes of Indians.

- **The 1791 Constitution of the United States of America:** is the supreme law of the United States. Empowered with the sovereign authority of the people by the framers and the consent of the legislatures of the states, it is the source of all government powers, and also provides important limitations on the government that protect the fundamental rights of United States citizens.

- **"TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT"**

Lev. 5:4-5; Lev 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5:12.

- **"AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE"** 12 Pet. 1:25; Heb. 6:13-15. Claims made in the affidavit, if not rebutted, emerge as the truth of the matter. Legal Maxim: "He who does not deny, admits."

- **"AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE"** Heb. 6:16-17. There is nothing left to resolve. YOUR silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.

"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." United States vs. Tweel, 550 F.2d 297 (5th cir. 04/08/1977)

May the WILL of The Almighty Creator, our Heavenly Father, The Great Divine, The Universal, The Absolute, (Elohim) God be done on Earth as it is in Heaven.
Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

This is a contract, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. To answer, then this contract is law.

M.D.N.M.
AFFIRMED: 7-26-1436 MCY

Shaikh Ra'Reem-Bey 7/26/2016 CCY
*Natural Person Authorized Representative*
*All Rights Reserved U.C.C 1-103/1-209/1-207/1-308*

_Sage - El_
Sage – El/All rights reserved ucc 1-207/308

Witness: _Jove Ibn Alleeh-Bey_

Witness: _Tahishah El-Bey_