ORIGINAL

Resubmit Of My Tort Claim in original jurisdiction for man.

My Tort in original jurisdiction for man was original filed on Feb 21, 2017

in Honor

Sage-El

AA222141 all rights reserved

Case # (RE2T5922899US)
15-CV-04895-ENV-ST
15-CV-5806-ENV-ST
15-CV-7417-ENV-ST

leavid 3/16/17

RECEIVED
MAR 10 2017
PRO SE OFFICE

RECEIVED

MAR 10 2017

PRO SE OFFICE

   

# MOORS' NATIONAL REPUBLIC FEDERAL GOVERNMENT
# NORTHWEST AFRICA.
# MOORS' DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*
**'The North Gate'.**
Societas Republicae Ea Al Maurikanos.
Original and Indigenous Natural Peoples of the Land.
**The true and de jure Empire Washitaw de Dugdamoundyah / Americans**

U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
i; a man claim; all herein be true; my word is my bond;
CIVIL DOCKET FOR CASE USPS REGISTERED MAIL NO;
RE215922899US; Related Case # 15-cv-04895-ENV-ST;
15 cv-5806-ENV-ST; 15-cv-7417-ENV-ST
In the court of record; at common law; trial by jury; all rights reservrd; droit, droit

### A TORT; IN ORIGINAL JURISDICTION FOR MAN

**Judicial Notice** in response to wrongdoer (s) (Motion to Dismiss for Failure to prosecute) David, Ferrari, a man, Karl J. Ashanti, a man & Zachary W. Carter, a man d/b/a ATTORNEY must provide i; Sage – El, a man, claimant with an appearance bond if they want to do anything with me. When the attorney took an oath to the bar, they expatriated from the US and hence, are foreign to the US. In regards to their relationship to the US they are bankrupt foreigners and cannot hold any property in the US. So, if they want to come into the US they have to post a bond and a surety (their birth certificate and social security insurance cannot be used). They would have to register with the Secretary of State under the Foreign Agents Registration Act. The Chief Justice of the state Supreme Court admits them to "practice" in the court which means that everything they do under that bar number is *pro bono*. That is one reason why they cannot avoid the appointment of fiduciary.

If David, Ferrari, a man, Karl J. Ashanti a man & Zachary W. Carter, a man d/b/a ATTORNEY wants to make a 'profit' it means that they are not acting pro bono, and hence they are proceeding as a corporation. So, a 'law firm' is a corporation or a person.

Pro bono means that they are acting for free or acting in bankruptcy. This would mean that they are operating in public policy in the public interest, and the public is bankrupt.

If the matter could result in a levy or garnishment, that means a profit is anticipated. In order to prosecute a complaint (debitus in assumpsit … an assumed debt … not a debt in fact) they would have to come out of bankruptcy and post a bond and surety.

David, Ferrari, a man, Karl J. Ashanti, a man & Zachary W. Carter, a man d/b/a ATTORNEY have craftily tried to statutorily exempt them selves from taxation and fraudulently signed documents on the behalf of the defendants. Naturally, if there is no profit then there would be no tax.





But if there is the possibility of a profit from a complaint for assumed debt, then the action would be a taxable event. The tax exempt status of an attorney only exists when they are acting pro bono. Remember that the exemption from taxation is for pro bono work and would not apply when there is a profit.

In a court situation it might be wise to ask the judge if the court is acting in bankruptcy. Then ask the judge if he filed a tax return last year. On the first question he might agree that since it is a public court, that it is acting in the bankruptcy of the US. But if you ask him if he filed a tax return last year and he says 'yes', then ask him if he filed taxes on the pay check he got from his job as judge. The court which trades on Dun & Bradstreet makes a profit each year. Steven L. Tiscione and Eric N. Vitaliano d/b/a judge who gets a pay check is an employee of the court, a for profit corporation.

This is the reason that judges and attorneys retreat when presented with a W-9 Request for Taxpayer Identification. Typically, the money collected by the judges and attorneys which is added to their retirement funds has not been taxed. So, such funds collected is fugitive tax. This brings in the IRS to resolve the felony of tax evasion.

The courts only hear two items: contract disputes and tort claims.

A tort claim would have to be heard in law. A tort claim could not be resolved with 'hearsay' evidence, there would have to be conclusive evidence and first hand knowledge. A tort claim is criminal not civil. Civil decisions are made by **indirect evidence**, whereas criminal matters can only be determined by **direct examination** of the matter. Civil judgments are democratic, decision by a majority of the jury. In a criminal matter all of the jury must be in agreement. If there is one hold out in a criminal matter, it is a hung jury and can only be re-tried if the defendant agrees to the retrial.

Contract disputes are heard in equity. Contracts could be of two categories: express contracts (contracts in fact ... written down, signed, consideration, etc.) or implied contracts (quasi contracts implied by observation of what is being done such as the use of a benefit privilege).

The contract is a matter to be heard in a state court. State judges are required to have an oath of office, bond, and insurance or surety). So, the state judge has subject matter jurisdiction to hear a dispute of contract.

Federal judges are not required to have an oath, bond, or surety. In actuality, Steven L. Tiscione, a man, and Eric N. Vitaliano, a man d/b/a judge does not have subject matter jurisdiction over the contract, but only hear matters relating the "amount" of the contract. The federal court is operating in admiralty. In admiralty, the word of an officer (of the court) is defined as true (an officer and gentleman does not lie).

So, in admiralty (just like the Navy and Marine Corps) the accusation of the officer is the proof and that is summary judgment. The only thing to be done is to 'request Captains mast' in an effort to reduce or alleviate the punishment. So, a federal judge is a Court's Marshal acting in

  

admiralty, having no subject matter jurisdiction over the enlistment contract or the commission given to an officer by the US Congress. Remember the maxim: a contract exists not where it is made, but where it is **paid**. A state has metes and bounds which describes **where** it is.

To force payment of a contract it must be taken in law since if the court is acting in equity it is purely subjective dealing with "fairness". Steven L. Tiscione, a man and Eric N. Vitaliano, a man d/b/a judge acting in equity cannot enjoin or command.

He can only suggest. In order to command performance, the judge would have to go into law. Hence, only a state judge of oath could command, otherwise he would be acting *ultra vires*. If he is acting ultra vires, meaning he is operating outside of his scope of office, which scope of office is the only thing being insured, then he is acting in tort.

**AND TAKE FURTHER NOTICE THAT** THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

State of New York )

County of Kings )

Public Notary _~Rope~_  2/21/17

Notary P      Althea Cope
              In Kings County
Commission Expires July 22, 20__

Althea Cope
Notary Public, State of New York
No. 01CO6078134
Qualified in Kings County
Commission Expires July 22, 2018

In Honor.

By. _Sage-El_ all rights reserved

All rights reserved AA222141



