FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 06 2017 ★
BROOKLYN OFFICE
Recv'd 1/4/17

Rule 201(d), Federal Rules of Evidence

U.S. District Court
Eastern District
OF New York

Claimant Case No.
RE215228 99US
similar to a counterclaim
upon Case No's-15-CV-04895-ENV-ST,
15-CV-5806-ENV-ST, 15-CV-7417-ENV-ST

# Judicial Notice by Affidavit For default Aqquisition and O.I.D Filing

I, Sage-El a man living on the land an Empire Washitaw Muur/Moor National, requesting for the court to take judicial Notice of all the taxes and debts released off cases and the Value return to the Beneficiary.

In Honor.

Sage-El
all rights reserved
ucc1-207, ucc1-308

State of New York }
County of Kings }

[signature] 12/30/16

Notary Public

Althea Cope
Notary Public, State of New York
No. 01CO6073134
Qualified in Kings County
Commission Expires July 22, 20 18

☐ VOID ☐ CORRECTED

| | | |
|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK 225 CADMAN PLAZA E Brooklyn N.Y. 11201 718-613-2600 | OMB No. 1545-0877 **2015** Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
| LENDER'S federal identification number RE 215228994US / BORROWER'S identification number 98-6078017 | 1 Date of lender's acquisition or knowledge of abandonment 12-30-2016 / 2 Balance of principal outstanding $ 186,000,000 | **Copy C For Lender** |
| BORROWER'S name Beneficial Sage-El beneficial Owner | 3 / 4 Fair market value of property $ 186,000,000 | For Privacy Act and Paperwork Reduction Act Notice, see the **2015 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) c/o 390 E 49 St | 5 If checked, the borrower was personally liable for repayment of the debt ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code Brooklyn, N.Y. 11203 | 6 Description of property Aquisition of equitable interest of property & all OMB bonds securities on account in case 15-cv-04895-ENV-ST RE215228994US | |
| Account number (see instructions) RE215228994US | | |

Form **1099-A** www.irs.gov/form1099a Department of the Treasury - Internal Revenue Service

## Instructions for Lender

To complete Form 1099-A, use:

- the 2015 General Instructions for Certain Information Returns, and
- the 2015 Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to *www.irs.gov/form1099a* or call 1-800-TAX-FORM (1-800-829-3676).

**Caution.** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the borrower by February 1, 2016.

File Copy A of this form with the IRS by February 29, 2016. If you file electronically, the due date is March 31, 2016. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220, Specifications for Electronic Filing of Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G. The IRS does not provide a fill-in form option.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

*Printed on recycled paper*

☒ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| [illegible handwriting] Brooklyn NY 11201 | $ [illegible] | **2015** Form **1099-OID** | |
| | 2 Other periodic interest $ | | |
| PAYER'S federal identification number: [illegible] / RECIPIENT'S identification number: [illegible] | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ [illegible] | Copy C For Payer |
| | 5 Market discount $ | 6 Acquisition premium $ | |
| RECIPIENT'S name: [illegible] | 7 Description: [illegible handwriting] ... 15-cv-04895-ENV-ST ... 17-ENV ... | | For Privacy Act and Paperwork Reduction Act Notice, see the **2015 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.): [illegible] Cadman Plaza E | | | |
| City or town, state or province, country, and ZIP or foreign postal code: Brooklyn NY 11201 | 8 Original issue discount on U.S. Treasury obligations $ [illegible] | | |
| FATCA filing requirement ☐ | 9 Investment expenses $ | | |
| Account number (see instructions): [illegible] / 2nd TIN not. ☐ | 10 State / 11 State identification no. | 12 State tax withheld $ $ | |

Form **1099-OID** www.irs.gov/form1099oid Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2015 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| [illegible handwriting] Brooklyn NY 11201 [illegible] | $ [illegible] | **2015** Form **1099-OID** | |
| | 2 Other periodic interest $ | | |
| PAYER'S federal identification number: [illegible] / RECIPIENT'S identification number: [illegible] | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ [illegible] | Copy C For Payer |
| | 5 Market discount $ | 6 Acquisition premium $ | |
| RECIPIENT'S name: [illegible] | 7 Description: [illegible] ... 17-ENV ... | | For Privacy Act and Paperwork Reduction Act Notice, see the **2015 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | | |
| City or town, state or province, country, and ZIP or foreign postal code: [illegible] | 8 Original issue discount on U.S. Treasury obligations $ [illegible] | | |
| FATCA filing requirement ☐ | 9 Investment expenses $ | | |
| Account number (see instructions): [illegible] / 2nd TIN not. ☐ | 10 State / 11 State identification no. | 12 State tax withheld $ $ | |

Form **1099-OID** www.irs.gov/form1099oid Department of the Treasury - Internal Revenue Service

## Instructions for Payer

To complete Form 1099-OID, use:

- the 2015 General Instructions for Certain Information Returns, and
- the 2015 Instructions for Forms 1099-INT and 1099-OID.

To order these instructions and additional forms, go to *www.irs.gov/form1099oid* or call 1-800-TAX-FORM (1-800-829-3676).

**Caution.** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the recipient by February 1, 2016.

File Copy A of this form with the IRS by February 29, 2016. If you file electronically, the due date is March 31, 2016. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220, Specifications for Electronic Filing of Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G. The IRS does not provide a fill-in form option.

**Foreign recipient.** If the recipient is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S, Foreign Person's U.S. Source Income Subject to Withholding. See the Instructions for Form 1042-S and Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

**Need help?** If you have questions about reporting on Form 1099-OID, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

*Printed on recycled paper*

## Instructions for Payer

To complete Form 1099-OID, use:

- the 2015 General Instructions for Certain Information Returns, and
- the 2015 Instructions for Forms 1099-INT and 1099-OID.

To order these instructions and additional forms, go to *www.irs.gov/form1099oid* or call 1-800-TAX-FORM (1-800-829-3676).

**Caution.** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the recipient by February 1, 2016.

File Copy A of this form with the IRS by February 29, 2016. If you file electronically, the due date is March 31, 2016. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220, Specifications for Electronic Filing of Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G. The IRS does not provide a fill-in form option.

**Foreign recipient.** If the recipient is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S, Foreign Person's U.S. Source Income Subject to Withholding. See the Instructions for Form 1042-S and Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

**Need help?** If you have questions about reporting on Form 1099-OID, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

*Printed on recycled paper*



**EMBASSY OF JAMAICA**

1520 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:   (202) 452-0660
Facsimile: (202) 452-0036

Ref.                                                           28 June 2016

Mr. Sage-El
C/O 388 E 49 Street
Brooklyn
NY 11203

Dear Mr. Sage-El,

Thank you for contacting the Embassy recently, regarding your status as a member of an indigenous group.

After careful consideration, we have come to the conclusion that your request is beyond our remit and is best handled by an attorney. Accordingly, we have hereby returned your documents previously mailed to us and urge you to further pursue the matter through the necessary legal channels.

Yours sincerely,

Ariel Bowen (Mrs.)
Minister-Counsellor

# Certificate of Designation
## For Service of Notice of Claim

of

WINSTON GREGORY HALL EXPRESS TRUST

(Pursuant to Section 53 of the General Municipal Law)

It is hereby certified that:

**FIRST:** WINSTON GREGORY HALL EXPRESS TRUST is a public corporation as defined in Section 66 of the General Construction Law of the State of New York.

**SECOND:** The name of the public corporation is: WINSTON GREGORY HALL EXPRESS TRUST

**THIRD:** The principal location of the public corporation is in the county of: KINGS

**FOURTH:** The public corporation hereby designates the Secretary of State of the State of New York as its agent upon whom a Notice of Claim against the public corporation may be served.

**FIFTH:** The name, post office address and email address of an officer, person or designee, nominee or other agent-in-fact to which the Secretary of State shall transmit a copy of any Notice of Claim served upon the Secretary of State as the Public Corporation's agent is:

Post Office Address: SAGE - EL
C/O 390 E 49 STREET
BROOKLYN, NY 11203

Email Address: DANGERAMG@GMAIL.COM

**SIXTH:** The time limit for service of a Notice of Claim upon the public corporation is: 72 HRS

**SEVENTH:** Any statutory provisions uniquely pertaining to the public corporation and the commencement of an action or proceeding against it are as follows: biblical law, de'jure constitution forunited states for America with 20 Sections Ratified: November 18, 1865 by 3/4 of the Several States,Treaty of Peace and Friendship between America and Morocco 1787, de'jure constitution for the united states for america, The Moorish Science Temple of America The Divine Constitution and By-Laws, The Holy Koran of the Moorish Science Temple of America Circle 7, Holy Koran of Mohammad. Officialrecord Doc No. 10105905 Bk 521 pg 579 August 01, 1928 Classifications National Archives Group 147,Bk. 521 File 4 5-39 General Services Administration Washington, D.C. 20408 also Department of Defense file 1-17. Grantor and Peace MakerProphet Noble Drew Ali tax free number 52-1147644 Registered Identification Number 10105905-3924

**EIGHTH:** The New York State Vendor Identification Number (Vendor ID) for the public corporation is: NOT PROVIDED

*Note: If the public corporation does not have a Vendor ID issued by the Office of the State Comptroller the Department of State will contact the public corporation regarding issuance of a Vendor ID when fees for service of Notices of Claim are available for distribution. The public corporation will not receive distributions of its share of fees for service of Notices of Claim until it has been assigned a Vendor ID by the Office of the State Comptroller.*

**NINTH:** Distributions to the public corporation for its share of fees for service of Notices of Claim will be sent to the following Remittance Address:

WINSTON GREGORY HALL EXPRESS TRUST
C/O 631 E 94 STREET
BROOKLYN, NY 11236

*Note: The Remittance Address for public corporations with a Vendor ID must match the public corporation's Remittance Address in the New York State Vendor Management System. If the Remittance Address provided does not match the address on file in the New York State Vendor Management System, the public corporation's share of fees cannot be distributed. To update the public corporation's Remittance Address on file in the New York State Vendor Management System the public corporation must access and update its vendor record at www.osc.state.ny.us.*

Date: October 15, 2016

SAGE - EL

Signature

BENEFICIAL OWNER

Title of Signer

FILED BY THE NYS DEPARTMENT OF STATE ON: 10/15/2016
FILE NUMBER: 20161015001727

IFP, propria persona

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:15-cv-07417-ENV-ST**
**Internal Use Only – Claimant Deny**

Sage-El v. Power et al
.Assigned to: Judge Eric N. Vitaliano
Referred to: Magistrate Judge Steven L. Tiscione
Case in other court: New York Southern, 1:15-ev-09869 – Claimant Deny
Cause: 42:1983 Civil Rights Act

Date Filed: 12/30/2015
Jury Demand: Claimant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

Claimant

Sage-El
*non-corp Empire Washitaw Muur National Holder in due Course*

presented by Sage-El
c/o
388 East 49th Street
Brooklyn, NY 11203
917-426-2103
~~PRO SE~~ Claimant

V.

Defendant

Officer Joseph Power
*Shield # 16386*
*doing business as*
NYPD

Defendant

Lam
*d/b/a NYPD*
*TERMINATED: 0640/2016*
*doing business as*
NYPD – Claimant Deny
*TERMINATED: 06/10/2016 – Claimant Deny*

Defendant

McClean
*NYPD*
*TERMINATED: 06/10/2016*
*doing business as*
NYPD – Claimant Deny
*TERMINATED: 0640/2016*

Defendaqt

Alvares
*d/b/a NYPD*
***TERMINATED. 06/10/2016***
*doing business as – Claimant Deny*

NY PD
*TERMINATED: 06/10/2016*

**Defendant**

**Sergeant Danny Ospina**
*Shield # 4611*
*doing business as*
NYPD Sgt

Defendant

Victoria
*d/b/a CJS*
*TERMINATED: 06/10/2016*
*doing business as*
CJS – Claimant Deny
*TERMINATED: 06/10/2016*

Defendant

Hon. Jane C. Tully
*dha Judge*
*TERMINATED: 06/10/2016 – Claimant Deny*

**Defendant**

**J Campanelli**
*dha Judge*
*TERMINATED: 06/10/2016 – Claimant Deny*

Defendant

J or C Quinones
*dha Judge*
*TERMINATED: 06/10/2016 – Claimant Deny*

Defendant

**Laura R. Johnson**
*d/b/a Judge*
*TERMINATED: 06/10/2016 – Claimant Deny*

Defendant

Henry De Chains
*Au ATT'*
*TERMINAMD: 06/10/2016 – Claimant Deny*

Defendant

Chelsea 'Coder
*dha ADA*
*TERMINATED: 06/10/2016 – Claimant Deny*

**Defendant**

S. **Zaro**
*d/b/a Judge*
*TERMINATED: 06/10/2016 – Claimant Deny*

Defendant

**E Hart**
*dba Judge*
*TERMINATED: 06/10/2016 – Claimant Deny*

**Defendant**

**J. Zoll**
***dba Judge***
***TERMINATED*** *06/10/2016 – Claimant Deny*

**Defendant**

**Judge M Armstrong**
***dba Judge***
*TERMINATED:* ***06/10/2016 – Claimant Deny***

**Defendant**

**Donna NI. Golia**
***d/b/a Judge***
***TERMINATED: 06/10/2016 – Claimant Deny***

**Defendant**

**D. Hawkins**
*dba Judge*
*TERMINATED: 06/10/2016 – Claimant Deny*

**Defendant**

**Tax II) #3262**
***dba NYPD***
***TERMINATED: 06/10/2016 – Claimant Deny***

**Defendant**

**Tax I.D. # 10563**
***dba NYPD***
***TERMINATED: 06/10./2016 – Claimant Deny***

**Defendant**

**Tax I.D. # 21086**
***dba NYPD***
***TERMINATED: 06/10/2016 – Claimant Deny***

**Defendant**

**Cruz**
***TERMINATED:*** *06/10/2016 – Claimant Deny*

**Defend ant**

**Sanchez**
***d/b/a NYPD***
***TERMINATED: 06/10/2016 – Claimant Deny***

**Defendant**

**El-Maadway**
***l/b/a NYPD***
***TERMINATED: 06/10/2016 – Claimant Deny***

Interested Party
City of New York

represented by David Ferrari – Claimant Deny
The New York City Law Deaprtment
100 Church St
New York, NY 10007
(212)356-5058
Fax: (212)356-3509
Email: dferrariCglaw.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Karl J. Ashanti – Claimant Deny
The City of New York Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
UNITED STA
212-356-2371
Fax: 212-788-9776
Email: kashanti@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text | |
|---|---|---|---|
| 12/17/2015 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Sage-E1.(rdz) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/22/2015) | Claimant Deny |
| 12/17/2015 | 2 | COMPLAINT against Alvares, M. Armstrong, J Campanelli, Henry De Chalus, Golia M. Donnan, E Hart, D. Hawkins, Lam, Johnson Laurar, McClean, Ospina46 1 1, Power, J or C Quinones, Tax I.D. *ti* 10563. Tax I.D. # 21086, Tax ID 113262, Chelsea Toder, Jane C. Tully, Victoria, Zaro, S, J. "Loll. Document filed by Sage-E1.(rdz) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/22/2015) | |
| 12/17/2015 | | Case Designated F.CF. (rdz) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/22!2015) | |
| 12/17/2015 | | MOTION for Leave to Proceed in forma pauperis *SEE ENTRY :II* by Sage-El. (130wens, Priscilla) (Entered: 12/30/2015) | Claimant Deny |
| 12/17/2015 | | (Court only) ***Party Cruz added. (See Complaint. Page 2) (Galeano, Sonia) (Entered: 05/04/2016) | |
| 12/17/20 I 5 | | (Court only) ***Party Sanchez added. (Sec Complaint, Page 3) (Galeano, Sonia) (Entered: 05/04/2016) | |
| 12/17/2015 | | (Court only) ***Party El-Maadway added. (Sec Complaint, Page 1) (Galcano, Sonia) (Entered: 05/04/2016) | |
| 12/22/2015 | | (Court only) Pro Se Staff Attorney K. Benson [Telephone Extension 0684] assigned case. Pro Se Staff Attorney Flag PSA-Benson set. Pro Sc Staff Attorney Action (Screening Memo to Judge/Sua Sponte Order to Dismiss, Amend or Transfer, or Order to Answer) due by 1/21/2016. (rdz) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/22/2015) | |

| | | | |
|---|---|---|---|
| 12./22/2015 • | | (Court only) ***Staff Notes: transfer to EDNY signed by Judge Loretta A. Preska and scanned on 12/22/2015. (keb) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/22/2015) | |
| 12/22/2015 | 3 | TRANSFER ORDER: The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. The Clerk of Court is further directed to transfer this action to the United States District Court for the Eastern District of New York. Whether Plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes this case. The Court certifies, pursuant to 28 U.S.0 § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). (As tirther set forth in this Order.) (Signed by Judge Loretta A. Preska on 12/22/2015) (kko) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/23/2015) | |
| 12/22/2015 | | Transmission to Docket Assistant Clerk. Transmitted re: a Order, to the Docket Assistant Clerk for case processing. (kko) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/23/2015) | |
| 12:22/2015 | | NOTICE OF CASE ASSIGNMENT - SUA SPONTE to Judge Loretta A. Preska. Judge Unassigned is no longer assigned to the case. (kko) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/23/2015) | |
| 12/22/2015 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court - Eastern District of New York. (kko) [Transferred from New York Southern on 12/30/20151 (Entered: 12/30/2015) | |
| 12/28/2015 | | Mailed a copy of a Order, to Sage-El c/o 388 E49th Street Brooklyn, NY 11203. (ca) [Transferred from New York Southern on 12/30/2015.] (Entered: 12/28/2015) | |
| 12/30/2015 | 4 | Case transferred in from District of New York Southern; Case Number 1:15-cv-09869. Original tile certified copy of transti,r order and docket sheet received. (Entered: 12/30/2015) | |
| 12/30/2015 | | (Court only) ** Prisoner ProSc Flag Set (Bowers, Priscilla) (Entered: 12/30/2015) | |
| 12'30/2015 | 5 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties arc notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following linklutp://www.ttseourts.gov/uscourts/FormsAndFces/Forms/A0085.pdf. **You may withhold your consent without adverse substantive consequence. Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 12/30/2015) | Claimant Deny |
| 12./30/2015 | | (Court only) ***Copy of Rule 73 Documents Mailed (Bowens, Priscilla) (Entered: 12/30/2015) | |
| 03/10/2016 | | Case Reassigned to Judge Eric N. Vitaliano. Judge John Gleeson no longer assigned to the case.Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys arc responsible for providing courtesy copies to judges where their individual Practices require such (Mahoney, Brenna)<br>judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 03/10/2016) | |
| 0128/2016 | | Case Reassigned to Magistrate Judge Steven I. Tiscione. Magistrate Judge Lois Bloom | Claimant Deny |

| | | | |
|---|---|---|---|
| | | no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for courtesy copies to judges where their Individual Practices require such. (Brucella, Michelle) (Entered: 03/28/2016)• | |
| 06/10/2016 | 6 | MEMORANDUM AND ORDER, granting Pltff's Motion for Leave to Proceed in forma pauperis. His claims against the following defts arc dismissed, pursuant to 28 USC sec. 1915(e)(2)(B): Officers Lam, McClean, Cruz, El-Maadway, Alvares, and Sanchez; Officers with tax identification numbers 3262, 10563, and 21086; Judges Tully, Campanelli, J. or C. Quinones, Laura R. Johnson, S. Zaro, E. Hart, J. Zoll, M. Armstrong. Donna M. Golia, and D. Hawkins; Victoria; Henry DeChalus; and ADA Chelsea Toddcr. No summons shall issue as to these defts. The Clerk of Court is, instead, directed to amend the caption to reflect the dismissal of these defts. PM's claims against Officer Power and Sgt. Ospina #4611, who arc or were employed at the 71St Pct., arc dismissed with the exception of his sec. 1983 claims, which may proceed. The US Marshals Service is directed to serve the summons, complaint and a copy of this order upon these dells without prepayment of fees The Clerk of Court is directed to send a copy of this order to pltff and a courtesy copy of the complaint and this order to the Corporation Counsel for the City of NY, Special Federal Litigation Division. I certify pursuant to 28 USC sec. 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. This case is respectfully referred to USMJ Steven L. Tiscione for all pretrial supervision. (Ordered by Judge Eric N. Vitaliano on 6/06/2016) c/m (Galeano, Sonia) (Entered: 06/10/2016) | Claimant Deny |
| 06/10/2016 | | (Court only) ***Copy of Documents Mailed: Memorandum and Order dated 6/6/16 sent. to Sage-El c/o 388 East 49th Street. Brooklyn, NY 11203 via regular mail on 6/10/16. (Galeano, Sonia) (Entered: 06/10/2016) | |
| 06/10/2016 | | (Court only) *** Party J Campanelli (dba Judge), Cruz, Henry Dc Chalus (dba ATT), El-Maadway (d/b/a NYPD), Donna M. Golia (d/b/a Judge). E Hart (dba Judge), D. I lawkins (dba Judge), Laura R. Johnson (d/b/a Judge), Lam (d/bia NYPD), McClean (d/b/a NYPD), J or C Quinones (dba Judge), Sanchez (d/b/a NYPD), Tax 1.D. # 10563 (dba NYPD), Tax I.D. # 21086 (dba NYPD), Tax ID #3262 (dba NYPD). Chelsea Todcr (dba ADA), Jane C. Tully (dba Judge), Victoria (d/bla CJS), S. Zaro (d/b/a Judge), J. Zoll (dba Judge), Alvares (d/b/a NYPD) and M Armstrong (dba Judge) terminated. (See document 146) (Galeano, Sonia) (Entered: 06/10.2016) | Claimant Stay |
| 06110/2016 | | (Court only) ***Copy of Documents Mailed: Memorandum and Order dated 6/6116 along with a Copy of the Complaint sent to Office of the Corporation Counsel for the City of NY, Special Federal Litigation Division via regular mail on 6/10/16. (Galeano, Sonia) (Entered: - 06/10/2016) | Claimant Deny |
| 06/10/2016 | 7 | SUMMONS ISSUED as to Officer Power, **Sergeant Ospina.** ***(Courtesy Copy sent to the Office of the Corporation Counsel via first class mail.)*** (Latka-Mucha, Wieslawa) (Entered: 06/10/2016) | Claimant Deny |
| 07/29/2016 | 8 | SUMMONS Returned Unexecuted as to Officer Power. See Remarks on USM-285 Form: "Endeavor 1 - No longer ("4 this Precinct." (Latka-Mucha, Wieslawa) (Entered: 08/02/2016) | |
| 07/29/2016 | 9 | SUMMONS Returned Unexecuted as to Sergeant **Ospina, # 4611. See** Remarks on USM-285 Form: "Endeavor 1 - No longer at this Precinct." (Latka-Mucha, Wieslawa) (Entered: 08/02/2016) | |
| 08/10/2016 | 10 | NOTICE of Appearance by David Ferrari on behalf of City of New York (aty to be noticed) (Ferrari, David) (Entered: **08/10/2016)** | Claimant Deny |

| | | | |
|---|---|---|---|
| 08:10/2016 | 11 | NOTICE of Appearance by Karl J. Ashanti on behalf of City of New York (aty to be noticed) (Ashanti, Karl) (Entered: 08/10/2016) | Claimant Deny |
| 08/10/2016 | | SCHEDULING ORDER: An in-person status conference will be held before the undersigned at 10:00 a.m. on August 19th in hearing Room N324 in the North Wing. The plaintiff who is proceeding pro se and counsel for Interested Party City of New York must attend. So Ordered by Magistrate Judge Steven L. Tiscionc on 8/10/2016. (Vasquez, Lea) (Entered: 08/10/2016) | Claimant Deny |
| 08/10/2016 | 12 | Mail receipt: A copy of the Court's Order dated 8/10/16 was mailed on this date to the plaintiff at the address listed on the docket sheet. (Vasquez, Lea) (Entered: 08/10/2016) | Claimant Deny |
| 08/10/2016 | | (Court only) ***Staff notes: Attorneys Karl J. Ashanti & David Ferrari have been checked for admission status and disciplinary proceedings. Attorneys admitted. There are no disciplinary proceedings as of 8/10/16. (Goddard, Elizabeth) (Entered: 08/10/2016) | Claimant Deny |
| 08119/2016 | 13 | Minute Entry for Status Conference held on 8/19/2016 before Magistrate Judge Steven L. Tiscionc: Sage-El, pro sc; Ashanti & Ferrari for defendants. Plaintiffs Motion to Compel the production of individual defendants' representation agreements with the Office of Corporation Counsel [docket 29] in case number 15-CV-5606 is DENIED. Plaintiff failed to set forth any relevant legal basis for disclosure of these agreements and the Court finds that they are irrelevant to the matters at issue. Plaintiff's motion to recuse the Court is also denied. U.S. Magistrate Judges have authority to preside over the management of discovery and non-dispositive pretrial matters in civil cases pursuant to 28 U.S.C. Section 636. Defendants produced records from underlying criminal cases related to civil cases 15-CV-5606 and 15-CV-4895 to plaintiff at the conference. Plaintiff has failed to make the required Rule 26(a) disclosures as Ordered at the last conference. Plaintiff is directed to produce the required Rule 26(a) disclosures by August 31, 2016. Plaintiff is warned that continued failure to participate in discovery may result in sanctions up to and including dismissal for failure to prosecute. With respect to case number 15-CV-7417, Corporation Counsel is directed to provide current information that will enable the Marshals to serve Officer Power and Sergeant Ospina by September 19, 2016. An in-person status conference will be held in cases 15-CV-5606, 15-CV-4895 and 15-CV-7417 on November 16, 2016 at 10:00 a.m. (Tape #10:4111:09; 11:18-11:37.) (Vasquez, Lea) (Entered: 08/19/2016) | Claimant Deny |
| 08'19/2016 | 14 | Mail receipt: A copy of the minute entry from the conference held on 8/19/16 was mailed to the plaintiff by chambers on this date at the address listed on the docket sheet. (Vasquez, Lea) (Entered: 08/19/2016) | Claimant Deny |
| 08:31/2016 | 15 | TRANSCRIPT of Proceedings held on August 19, 2016, before Judge TISCIONE. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc., Telephone number 203-929-9992. Email address: cmliore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release or Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/21/2016. Redacted Transcript Deadline set for 10/3/2016. Release of Transcript Restriction set for 11/29/2016. (Hong, Loan) (Entered: 08/31/2016) | |
| 08/31/2016 | 16 | ADMINISTRATIVE NOTICE AND DEMAND AND JUDICIAL NOTICE for Rebuttal to Civil Minutes Entry by Magistrate Judge Steven L. Tiscione by Affidavit, filed by Sage El. (Galeano, Sonia) (Entered: 09/01/2016) | Claimant Stay |
| 9/06/2016 | 17 | A DMINIS IRAFIVE NOTICE, Demand and Judicial Notice for: Service of Default upon Respondents (through Third Party) by USPS Registered Mail # Re: 215922899 | Claimant Stay |

| | | | |
|---|---|---|---|
| | | US; and Hand Delivery of "Federal Question/Diversity of Citizenship and Demanri for Common Law Venue" Affidavit, tiled Sage-El. (Galeano, Sonia) (Entered: 09/1212016) . | |
| 09/13/2016 | | ORDER. Construing plaintifest€ filing exceptionally broadly in light of his *pro se* status, his requests to stay this case and to have the undersigned provide pretrial supervision arc denied. Plaintiff does not articulate any cognizable legal argument meriting the requested relief, instead relying on Bible citations and nonsensical boilerplate. Plaintiff's 17 requests to move for default judgment and summary judgment are denied as premature and futile. The City has appeared and discovery is open. Plaintiff continues to announce his own briefing schedules, although he was informed that such deadlines arc set by court order. 15 Tr. 15:4-9. The failure to comply with court orders, as well as the submission of filings that arc either frivolous or presented to harass, delay, or increase the cost of litigation, may result in sanctions, including the dismissal of this action. *See .0* Tr. 28:1-5 (directing plaintiff to serve his Rule 26(a) disclosures by 8/31/2016 and permitting defendants to move for failure to prosecute if he does not comply with discovery orders). Ordered by Judge Eric N. Vitaliano on 9/13/2016. (Rice, Lianc) (Entered: 09/13/2016) | Claimant Deny |
| 09/14/2016 | | (Court only) ***Copy of Documents Mailed: Order dated 9/13'l6 sent to Sage-El via regular mail on 9/14/16. (Galeano, Sonia) (Entered: 09/14/2016) | |
| 09/19/2016 | 18 | Letter *Regarding Service Information.* *(Nicer Power and Sergeant Ospina* by City of New York (Ferrari, David) (Entered: 09/19/2016) | |
| 09/19/2016 | | ORDER re la Letter filed by City of New York. The Clerk of Court is directed to amend the case caption to reflect the defendants' names provided in counsel's letter 18 and arrange for service of the complaint upon the defendants at the locations provided. So Ordered by Magistrate Judge Steven I.. Tiscione on 9/19/2016. (Vasquez, Lea) (Entered: 09/19//2016) | Claimant Deny |
| 09/19/2016 | 19 | Mail receipt. A copy of the Court's Order dated 9/19/2016 was mailed by chambers on this date to the plaintiff at the address listed on the docket sheet. (Vasquez, Lea) (Entered: 09/19/2016) | |
| 10/26/2016 | | (Court only) *** Docket Sheet Updated to Reflect Defendants' Correct Names on ECF. *(5s.cdoc.it M and Judge Steven L. 77scione's 9/19/2016 Electronic Order.* (Latka-Mucha, Wicslawa) (Entered: 10/26/2016) | |
| 10/26/2016 | 20 | SUPPLEMENTAL SUMMONS REISSUED as to Officer Joseph Power; and Sergeant Danny ()spina. *(Courtesy Copy sent to the Office of the Corporation Counsel via first class mail.)* (Latka-Mucha, Wieslawa) (Entered: 10/26/2016) | |
| 11/14/2016 | 21 | MOTION to Adjourn Conference by City of New York. (Ferrari, David) (Entered: 11/14/2016) | Claimant Deny |
| 11/15/2016 | | ORDER denying 21 Motion to Adjourn Conference. So Ordered by Magistrate Judge Steven L. Tiscione on 11/15/2016. (Vasquez, Lea) (Entered: 11/15/2016) | |
| 11/16/2016 | 22 | Minute Entry for Status Conference held on 11/16/2016 proceedings held before Magistrate Judge Steven L. Tiscione: Plaintiff failed to appear. Ferrari for defendants. Plaintiff failed to appear despite being provided notice by the Court of the date and time of this conference. Defendants' unopposed Motion to Stay Discovery in 15-cv-4895 (see ECF Dkt. No. 49 at 6) and Defendants' unopposed Motion to Stay Discovery in 15-cv-5606 (see ECF Dkt. No. 36 at 6) are GRANTED. All discovery in these matters is stayed pending decision on Defendants Motions to Dismiss. In case 15-cv-7417, the Court previously Ordered that the caption be amended and that service he made on the individual defendants by the USMS. At this time. service has not yet been made on any of the individual defendants. Once service has been made, the Court will schedule an | Claimant Deny |

| | | | |
|---|---|---|---|
| | | initial conference to seta discovery schedule. (Tape #10:39 - 10:43.) (Vasquez. Lea) (Entered: 11/16/2016) | |
| 11/16/2016 | | (Court only) ***Copy of minute entry from the conference held on 11/16/16 was mailed by chambers on this date to the pro se party at the address listed on the docket sheet. (Vasquez, Lea) (Entered: 11/16/2016) | Claimant Deny |
| 12/09/2016 | 23 | SUMMONS Returned Unexecuted as to Sergeant Danny Ospina. See Remarks on USM-285 Form: "Endeavor: W/Not Accept Does Not Work In Dept." (Latka-Mucha, Wicslawa) (Entered: 12/13/2016) | |
| 12/26/2016 | 24 | Letter *Providing Updated Service It!formation for Sergeant Ospina* by City of New York (Ferrari, David) (Entered: 12/26/2016) | |
| 12/27/2016 | | ORDER re 24 Letter filed by City of New York. The Clerk of Court is directed to arrange for service of the complaint upon defendant Sergeant Ospina at the location provided. So Ordered by Magistrate Judge Steven L. Tiscione on 12/27/2016. (Friedman, Matthew) (Entered: 12/27/2016) | |

*United States of America*

# State of New York
# Department of

***It is hereby certified,*** *that* ***Nancy T. Sunshine*** *was Clerk of County of* ***Kings*** *in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.*

***In Testimony Whereof,*** *the Department of State Seal is hereunto affixed.*

*Witness my hand at the city of New York this* ***19th*** *day of* ***October Two Thousand and Sixteen***

Whitney A. Clark

*Whitney A. Clark*
*Special Deputy Secretary of State*

673242
210CC(REV: 09/25/12)

**I, Nancy T. Sunshine,** Clerk of the County of Kings, State of New York, and also Clerk of the Supreme Court in and for said County and State, the same being a Court of Record and having a seal:

**DO HEREBY CERTIFY THAT**

**QUINN, DOREEN A**

Whose name is subscribed to the preceeding instrument is the duly appointed sworn and qualified

**CHIEF CLERK, SURROGATES COURT KINGS COUNTY**

I further certify that I have compared the signature of the annexed instrument with his/her autograph signature deposited in my office and believe that the signature is genuine.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed my official seal at Brooklyn, Kings County, New York on October 14, 2016

NANCY T. SUNSHINE
KINGS COUNTY CLERK

**State of New York**
**Kings County Surrogate's Court**
**2 Johnson Street**
**Brooklyn, NY 11201**
**(347)404-9700**

Receipt# 236856
October 12, 2016 12:05 PM

RE: FileName -
File #

*** FEES OWED ***

| | |
|---|---|
| 1 Wills For Safekeeping | $45.00 |
| 1 Wills For Safekeeping | $45.00 |

*** PAYMENTS ***

| | |
|---|---|
| Cash Payment | $45.00 |

*** TOTALS ***

| | |
|---|---|
| Total Due | $45.00 |
| Total Tendered | $45.00 |

Received of: ~~Winston Gregory Hall~~ Sage-EL

Comment: Will# 10586 For Winston Gregory Hall

Operator mspano

10586

# WILL FOR SAFEKEEPING

RECEIPT NO. 10585

**TESTATOR (WRITER OF THE WILL):**
NAME: WINSTON GREGORY HALL
SOCIAL SECURITY NO. 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
ADDRESS
(RESIDENCE): c/o 390 E 49st
BROOKLYN, NEW YORK [11203]

**EXECUTOR(S):**
NAME: Sage-El, Sage Free-El, McKenzie, Ebla and Hall, Anthony
ADDRESS
(RESIDENCE): c/o 390 E 49st
CITY, STATE ZIP CODE [11203]

NAME:
ADDRESS
(RESIDENCE):
CITY, STATE ZIP CODE

DEPOSITED FOR SAFEKEEPING ON THE 12 DAY OF October, 2016.

FILED BY(NAME): Sage-El
(ADDRESS): c/o 390 E 49 St
CITY, STATE ZIPCODE: Brooklyn, N.Y. 11203
TELEPHONE No.:

FOR DEPT USE ONLY:

Chief Clerk
(CLERK OF THE SURROGATE'S COURT)

BY: MS
(CASHIER-CERTIFICATION CLERK)



# Will & Testament of WINSTON GREGORY HALL

## ADMINISTRATION OF THE WILL & TESTAMENT

The Will & Testament shall be administered under Cannon Rule One Heaven.

I, WINSTON GREGORY HALL, of latitude: 40.652412143481900, longitude: -73.931752256874400 [390 E 49 STREET BROOKLYN, NEW YORK republic] near (11203). Second Private Estate Latitude 33.682604 and Longitude -84.071410 [2550 Sigman Road South West, Conyers, G.A Republic] near (30094) make and publish this, will and testament as follows:

I give, devise, bequeath to the WINSTON GREGORY HALL, ESTATE, all my lands, title, interest, all earthly possessions real, personal and all related Trusts created by me or others. To be received and accepted on behalf of the WINSTON GREGORY HALL, ESTATE by the First Executor / Protector **Sage - El**, Second Executor Sage Free - El

I appoint **Sage -El**, First Executor / Protector, Sage Free - El / Second Protector, McKenzie, Eula Third Protector and forth Hall, Anthony of this my will, revoking any former wills, made by me. I authorize and empower my said Executor/Protectors in settlement of my estate and of any debts due me, to compromise such debts, and if he thinks it advantageous to my estate to accept in satisfaction less than the full amount thereof.

I appoint Sage Free – El Beneficial Owner SAGE FRANCIS as Second Executor of this my will, I authorize and empower my said Second Executor / Protector in settlement of my estate and of any debts due me, to compromise such debts, and if she thinks it advantageous to my estate to accept in satisfaction less than the full amount thereof.

RE 153 630 540 US

Whereas, I, WINSTON GREGORY HALL, of the Republic of BROOKLYN, in the county of KINGS, have made my will and testament, bearing date the October 12th, 2016, in and by which

I appoint **Sage - El** as my attorney-in-fact take exclusive charge of, manage, and conduct all of my tax, business, and legal affairs, and for such purpose to act for me in my name and place without liability, without limitation the powers necessary to carry out exclusive purpose of attorney-in-fact as authorized:

Indorse or otherwise sign Testator's signature, without liability, on all documents and instruments, of any type or nature, where Testator's signature is requested or required for the purpose of authenticating the writing in all commercial activity between Decedent and other artificial persons; To take possession of, hold, and manage my real estate, trust and all other property public or private. To ask, demand, sue for, recover, collect, and receive all sums of money (interest), credits, funds, debts, dues, accounts, legacies, bequests, interest dividends, annuities, goods and merchandises, chattels, and demand whatsoever as are how or shall hereafter become due; owing payable or belonging to me and take all lawful ways and means in my names or otherwise for the recovery thereof and to compromise and agree to the same and give releases or other sufficient discharges for the same and on such terms as my agent/attorney-in-fact may consider prudent.

To deposit any moneys in which may come into the hands of agent with any banks or bankers to open any accounts, including the right to complete and execute any forms necessary to do so in my name and any such money or any other money to which I am entitled which now is or shall be deposited, to withdraw money in any bank or other depository as my agent/attorney-in-fact shall think fit.

To sign mutual savings, bank, and federal savings and loan association withdrawal orders: to sign and endorse checks payable to my order and to draw, accept, make, endorse, discount, or otherwise deal with any bills of exchange, certificates of deposits, checks, drafts, items, non-cash items, money orders, letters of credit, promissory notes or other commercial or mercantile instruments to borrow any sum or sums of money on such terms and with such security as my agent/attorney-in-fact shall think fit, and for that purpose to execute all notes or other instruments which may be necessary or proper and to have access to any and all safety deposit boxes registered in my name.

To make, seal, deliver, bargain, contract, purchase and take tenement, hereditaments. Accepts the deeds, leases, possession of all lands and to demise, sell, remise, convey, mortgage, hypothecate lands upon such terms against any

RE 153 630 540 US

account standing in my name individually or jointly. Access to safety deposit box and to place items in or remove them from and to conduct bank transactions or business for me in my name. To retain any investments, invest, and to invest in stocks, bonds, or other securities, in real estate or other property to sell, assign, transfer and dispose of any and all stocks, bonds, limited partnership interests, loans, mortgages or other securities registered in my name; and to collect and receipt for all interest and dividends due and payable to me.

To give general and special proxies or exercise rights of conversion or rights with respect to share or securities to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganizations and pay assessments or subscriptions called for in connection with shares or securities. To invest in my name, in any stock, bonds, including U.S. Treasury bonds referred to as "Flower Bonds," mutual funds securities or other property real or personal and to very such instruments as my agent/attorney-in-fact sole discretion may deem best. To open, operate and maintain a securities brokerage account, wherein any securities may be bought and/or sold on margin and to hypothecate, borrow upon purchase and/or sell existing securities in said account.

To enter into and upon my said private estate, and to let manage and improve the same or any part thereof and to repair otherwise improve or alter, and to insure any buildings thereon to sell either at public or private sale, or exchange any part or parts of my said real estate or personal property for such consideration and upon such terms as my agent/attorney-in-fact sees fit; to execute and deliver good and sufficient deeds or other instruments for the conveyance or transfer or the same, with such covenants or warrants or otherwise as my agent shall see fit. To give good and effectual receipts for all or any part of the purchase price or other consideration and to mortgage my said real estate, and in connection therewith to execute bonds, warrants, and all necessary instruments and documents.

To sell, exchange, lease, give options, fund trusts, and make contracts concerning real estate, or other property for such considerations and on such terms as my Plenipotentiary Attorney-in-Fact: **Sage - El** may consider prudent. To contract with any person for leasing for such periods at such rents and subjects to such conditions as my attorney-in-fact/agent shall see fit. All of my said real estate; to give notice to quit to any tenant or occupier thereof and to receive and recover from all tenants and occupier thereof or any part thereof all rents, arrears of rent, and sums of money which now are or shall hereafter become due and payable in respect thereof; and also on nonpayment thereof to take all necessary or proper means and proceedings for determining the tenancy or occupancy of such tenants

or occupiers and for ejecting the tenants or occupiers, and for ejecting the tenants or occupiers and recovering the possession thereof.

To improve or develop real estate, to construct, alter, or repair building structures, appurtenances or real estate; to settle boundary lines, easements and other rights with respect to real estate to plant, cultivate, harvest, sell or otherwise dispose of crops and timber; to explore for, drill for, mine, develop, extract, remove, refine, process, ship, transport, utilize, convert, and sell minerals of all descriptions, oil, natural gas, and geothermal resources lying on or beneath the surface of real estate and/or solar, wind, or hydroelectric energy available on or above the surface of real estate; to lease, sell, option, joint venture, or coop minerals of all descriptions, oil, gas, geothermal resources, solar, wind, or hydroelectric energy and rights and title thereto and do all things necessary or appropriate to do good husbandry and stewardship of such property and resources. To provide for the use, maintenance, repair, security or storage of my tangible property.

To purchase and maintain such policies of insurance, against liability, fire, casualty, or other risks as my agent/attorney-in-fact may consider prudent. To commence, prosecute, discontinue or defend all actions or legal proceedings pertaining to My attorney-in-fact/agent or my estate or any part thereof; to disclaim any part or all of any power of interest in any property in which I or my estate may be entitled to settle or compromise any and all claims, now existing or hereafter arising, against Decedent and/or any of the Testator's collateral; and to execute, sign, and indorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for Testator's collateral or submit to arbitration any debt, demands, or other right or matter due to me or concerning my estate as my agent/attorney-in-fact : **Sage - El**, Plenipotentiary Agent sole discretion shall deem best and for such purpose to execute and deliver such releases, discharges or other instruments as : **Sage - El**, may deem necessary and advisable and to satisfy mortgages, including the execution of a good and sufficient release, or other discharge of such mortgage.

To represent me in all tax matters; to prepare, sign and file federal, estate and/or local income, gift or other tax returns of all kinds; including all Internal Revenue Service Forms numbered 1 through 10,000, joint returns, claims for refunds, requests for extensions of time, petitions to the tax matters, and all other tax related documents, including, but not limited to, consents and agreements under section 2032A of the Internal Revenue Code or any successor section thereto and consents to gifts, closing agreements and any power of attorney form required by the Internal Revenue Service including the formal Internal Revenue Form No 2848 or

its equivalent and/or local taxing authority with respect to any tax years between 1982 to present to pay taxes due, collect and make such a disposition or refunds as my agent/attorney-in-fact shall deem appropriate; past bonds, receive confidential information and contest deficiencies determined by the Internal Revenue Service and/or any state to exercise any elections I may have under federal, state, or local tax law.  Generally represent me or to obtain professional representation for me in all tax matters.

To engage, compensate, and discharge attorneys, accountants, and other tax and financial advisors and consultants to represent and/or assist in connection with any and all tax matters involving in any way related to Decedent property in which I have or may have any interest or responsibility. To engage, employ and dismiss any brokers, advisors, accountants, counsel, or professional personnel agents, clerks, servants as other person as my agent/attorney-in-fact sole discretion may deem necessary or advisable.

To apply for and receive any government insurance and retirement benefits to which I may be entitled and to exercise any right to elect benefits or payment options; to terminate, to change beneficiaries or payment options; to terminate, to change beneficiaries or ownership to assign behalf to any "permissible donee" described herein in such amounts as my said Agent/Attorney-in-fact may decide. For purposes of this paragraph, a permissible donee shall be limited to any of rights, to borrow or receive cash value in return for the surrender of any and all rights I may have in life insurance policies or benefits, mutual funds and other dividend investment plans and retirement, profit sharing and employee welfare plans and benefits. To make gifts for and on the following family members and their children, grandchildren, brothers, sisters, their children and grandchildren.

To create a trust for my behalf, or to make additions for my benefit to any trust and specifically to any revocable trust that I have established and to withdraw and receive the income of any trust over which I have the power to make withdrawals. To renounce and disdain any property or interest in property or powers to which for any reason and by any means I may become entitled, whether by gift, testate, or interstate succession; to release or abandon a property or interest in property or powers which I may now or hereafter own; including any interests in or rights over trusts (including the right to alter, amend, revoke or terminate) and the right to claim an elective share in any estate or under any will.

In exercising such discretion, my agent/attorney-in-fact may take into account such matters as shall include, but shall not be limited to any reduction in estate or

In addition through this exclusive power of attorney to contract for all business, legal affairs of the testator/decedent person WINSTON GREGORY HALL. To create, amend, supplement and/or terminate trust or the RES created by the (District of Columbia) and ratified or exercised in any manner by any other state. To request, retrieve, file, submit any paper in my behalf for any matter whether commercial quasi-judicial, administrative or otherwise. To sign my legal corporate name as my act indeed, to execute, and deliver same for any redress or remedy, claim, suit, or otherwise. This power of attorney shall not thereby be revoked. By this instrument, which I hereby declare to be a my will and testament. In witness whereof I have hereunto set my hand and seal this Eleventh day of October, A.D. 2016.

TESTATOR/ Sage El / Sage-El

Seal/AUTOGRAPH/~11th~October~2016 : PRINT NAME:

The foregoing instrument was at the date thereof subscribed by WINSTON GREGORY HALL in our presence, and he at the same time declared said instrument to be his living will and testament, and requested us to sign our names as witnesses, which we do in his presence, and in the presence of each other.

WITNESS/ _______ / _______

Seal/AUTOGRAPH/~11th~October~2016 : PRINT NAME: TAYLOR-BEY

WITNESS/ _______ / _______

Seal/AUTOGRAPH/~11th~October~2016 : PRINT NAME: Martha Cantey

 RE 153 630 540 US

WINSTON GREGORY HALL EX TRUST
C/o 390 E 49 street
Brooklyn, N.Y. near [11203]
Non-Domestic
Without the United States

REGISTERED MAIL™
RE 625 481 565 US
Label 200, August 2005
PSN 7690-03-000-9311

First Class U.S. Mail
Statutory Non-Domestic Fully Pre-Paid
12 Stat. at Law, Ch. 71, Sec 23
Federal Offense to collect additional postage
18 USC 1726 ("without the United States")

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

USMS

ATTN. ERIC N. VITALIANO D/B/A JUDGE
225 Cadman Plaza E.
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 06 2017 ★
BROOKLYN OFFICE

