FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y.

★ APR 1 8 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SAGE-EL,

      Plaintiff,

  -against-

P.O. FINNO, P.O. WEINSTEIN, P.O. BEERS,
SGT. RICE, P.O. RENO, and SGT. VIGILANCE,

      Defendants.
-------------------------------------------------------X
SAGE-EL,

      Plaintiff,

  -against-

P.O. NIEVES, P.O. MCLAINE, and P.O. OKUZU,

      Defendants.
-------------------------------------------------------X

JUDGMENT
15-CV- 4895 (ENV)

15-CV- 5606 (ENV)

   A Memorandum and Order of Honorable Eric N. Vitaliano, United States District

Judge, having been filed on April 18, 2017, granting Defendants' motions to dismiss for failure

to prosecute, and dismissing both cases, with prejudice; certifying pursuant to 28 U.S.C. §

1915(a)(3), that any appeal would not be taken in good faith; and denying *in forma pauperis*

status for the purpose of an appeal; it is

   ORDERED and ADJUDGED that Defendants' motions to dismiss for failure to

prosecute are granted, and both cases are dismissed, with prejudice; that pursuant to 28 U.S.C. §

1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is

**JUDGMENT** 15-CV- 4895 (ENV)

denied for the purpose of an appeal.

Dated: Brooklyn, New York
     April18, 2017

Douglas C. Palmer
Clerk of Court

by:    */s/ Janet Hamilton*
       Deputy Clerk

2