**MANDATE**

**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand and seventeen,

_____

| | |
|---|---|
| Sage-El, FKA Winston Gregory Hall, | **ORDER** |
| Plaintiff - Appellant, | Docket Number: 17-1547 |
| v. | |
| Police Officer Fino, # 3871, Weinstein, Tax #935466, Police Officer Beers, Tax #945458, Sergeant Michelle Rice, Shield #549, Reno, Sergeant Vigilance, | |
| Defendants - Appellees. | |

_____

A notice of appeal was filed on May 11, 2016. The filing fee of $505.00 was due to be paid to the district court by May 25, 2017. The case is deemed in default.

Instructions for moving for _in forma pauperis_ status are provided in the Court's instructions entitled "_How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit_". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective **June 20, 2017** unless by that date appellant either pays the fee in full, moves for _in forma pauperis_ status in district court or, if district court has denied _in forma pauperis_ status, moves in this Court for _in forma pauperis_ status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/24/2017**